PER CURIAM.

(No. 75-CC-152— )

HAROLD B. STEELE, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS
JUDICIAL INQUIRY BOARD, Respondent.

*Opinion filed November 12, 1974.*

HAROLD B. STEELE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

185

PER CURIAM.